UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANA LEWIS, *et al.*,<br><br>                Plaintiffs,<br><br>-v.-<br><br>SAHARA PLAZA LLC, *et al.*,<br><br>                Defendants. | 18 Civ. 1266 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

    This case has been reassigned to the undersigned. The parties are hereby ORDERED to appear for a pretrial conference on May 26, 2020, at 2:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are further ORDERED to submit a joint status letter regarding the case and proposed next steps on or before May 19, 2020.

SO ORDERED.

Dated:    February 20, 2020
               New York, New York

                                                          KATHERINE POLK FAILLA
                                                          United States District Judge