

Manhattan
520 Eighth Avenue, 14th Floor
New York, New York 10018
T: 646.430.8295  F: 646.430.8294

Long Island
910 Franklin Avenue, Suite 200
Garden City, New York 11530
T: 516.307.1880  F: 516.307.1879

**George D. Vallas**
gvallas@goodstadtlaw.com

May 22, 2020

**BY ECF**

**MEMO ENDORSED**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**   *Lewis, et al. v. Sahara Plaza LLC, et al.*, **18-cv-01266 (KPF)**

Dear Judge Failla:

We represent Plaintiff Dana Lewis in the above-referenced action. We write jointly with counsel for Defendants pursuant to the Court's Order of Conditional Discontinuance, dated April 24, 2020 (ECF No. 66).

The parties have finalized and Plaintiff has executed an agreement memorializing the resolution of this matter. Pursuant to that agreement, counsel for Plaintiff has executed and delivered to counsel for Defendants a Stipulation of Dismissal with Prejudice, which counsel for Defendants intend to submit for the Court to So Order within 30 days of the date hereof, upon the execution of the agreement by Defendants and the performance of same.

Accordingly, the parties jointly and respectfully request that the filing deadline set forth in the Court's April 24, 2020 Order be extended and that the parties remain subject to the Court's jurisdiction until June 22, 2020, by which time the parties will file either the Stipulation of Dismissal with Prejudice or an application to reinstate the action.

We thank the Court for its attention to this matter.

Respectfully Submitted,

George Vallas

cc:        David Rosen, Esq. and Grace Byrd, Esq. (by email and ECF)

Application GRANTED.

Dated:     May 22, 2020                SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE